IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NOVO NORDISK INC., <br><br> *Plaintiff,* <br><br> v. <br><br> AXTELL'S RITE-VALUE PHARMACY, INC. <br><br> *Defendant.* | Case No. 4:25-cv-837 |

## NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE CV-42

In accordance with Local Rule CV-42, counsel for Defendant Axtell's Rite-Value Pharmacy, Inc. identifies the following related case, *Novo Nordisk, Inc. v. Bhaumik Diversified LLC d/b/a Texas Star Pharmacy*, No. 4:25-cv-838 (Kernodle, J.).

Eastern District of Texas Local Rule CV-42 states that "[w]henever a civil matter commenced in … the court involves subject matter that either comprises all or a material part of the subject matter or operative facts of another action, whether civil or criminal, then pending before this or another court …, counsel for the filing party shall identify the collateral proceedings … on the civil cover sheet filed in this court." Local Rule CV-42 further states that the duty to notify the court is ongoing and when related actions are assigned "to two or more different judges with the district, the affected judges may, in their discretion, agree to assign the related actions to one judge." Local Rule CV-42(a), (b).

Both the above-caption action and the action against Texas Star Pharmacy, involve virtually identical allegations, with the same legal claims, brought by the same Plaintiff against two local compound pharmacies. *See* 4:25-cv-837 Dkt. Entry 1 and 4:25-cv-838 Dkt. Entry 1.

The subject matter, operative allegations and defenses, are the same. Indeed, the two complaints are both dated the same day and were filed on the same day, August 4, 2025. *See id.*

In furtherance of Local Rule CV-42 and to avoid duplicative efforts by two different judges relating to the same subject matter, allegations, and claims, Defendant submits this notice of related case.

Dated: November 10, 2025

/s/ J. Michael Young
**MICHAEL C. WYNNE**
Texas State Bar No. 22110800
mwynne@wynnesmithlaw.com
**J. MICHAEL YOUNG**
Texas State Bar No. 00786465
myoung@wynnesmithlaw.com

**WYNNE, SMITH & YOUNG, PLLC**
707 W. Washington Street
Sherman, Texas 75092
(903) 893-8177 (T)
(903) 892-0916 (F)

Matthew J. Modafferi
(*pro hac vice application forthcoming*)
**Frier & Levitt, LLC**
101 Greenwich Street, Ste 8B
New York, NY 10006
Tel: (646) 970-6882
Fax: (646) 524-5027
mmodafferi@frierlevitt.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of November, 2025, the foregoing document was filed electronically through the ECF System in compliance with Local Rule CV-5(a). As such, this document was served upon all counsel of record who are deemed to have consented to electronic service. *See* Local Rule CV-5(a)(3)(A).

*/s/ J. Michael Young*